1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GLENN DAVID O'NEAL,                    No.  2:  13-cv-1054 KJN P

12              Plaintiff,

13        v.                                ORDER

14   J. PETERSON, et al.,

15              Defendants.

16

17        Pending before the court is defendants' motion to conduct plaintiff's deposition via video

18   conference.  Good cause appearing, defendants' motion is granted.  The court reporter will attend

19   and record the deposition at the California Substance Abuse Treatment Facility ("CSATF"),

20   where plaintiff is incarcerated.

21        Accordingly, IT IS HEREBY ODERED that defendants' motion to take plaintiff's

22   deposition by video conference (ECF No. 28) is granted; the court reporter will attend and record

23   the deposition at the CSATF.

24   Dated:  July 31, 2014

25

26   On1054.dep                            _____
                                           KENDALL J. NEWMAN
27                                         UNITED STATES MAGISTRATE JUDGE

28

                                1