UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DAVID O'NEAL,<br><br>  Plaintiff,<br><br>  v.<br><br>J. PETERSON, et al.,<br><br>  Defendants. | No. 2: 13-cv-1054 KJN P<br><br><br>ORDER |

Pending before the court is defendants' motion to modify the scheduling order. (ECF No. 30). Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 30) is granted; and

2. The deadline to file dispositive motions is extended to January 20, 2015.

Dated: December 10, 2014

On1054.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1